NOV-09-2005 17:28
3:05-mj-03064-BGC   # 1   Page 1 of 5
P.02/06
E-FILED
Thursday, 10 November, 2005 06:03:45 PM
Clerk, U.S. District Court, ILCD

U.S. Department of Justice
United States Marshals Service

# DETAINER
## BASED ON VIOLATION OF PROBATION AND/OR SUPERVISED RELEASE

United States Marshal
**EASTERN MISSOURI**
(District)

111 South 10th Street Suite 2.319
St. Louis, MO 63102

*(Return Address and Phone)*



**FILED**
NOV 10 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*Please type or print neatly:*

TO: St. Clair County Sheriff
Fifth and F Streets
Belleville, IL 62221

DATE: Juyly 29, 2005
SUBJECT: FERGUSON, Zona
AKA:
DOB/SSN:
REF. #:
USMS #: 28060-044
CR #: 4:01CR00047 DJS

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the Eastern District of Missouri has issued an arrest warrant charging the subject with violation of the conditions of probation and/or supervised release.

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer, which is based on a Federal probation/supervised release violation warrant.

Please acknowledge receipt of this Detainer. Please provide one copy of this Detainer to the subject and FAX one copy to this office at 314-539-7149.
FAX No.

**RECEIPT**

Date:
Signed:
By:
Title:

Very truly yours,

*(Signature)*

RONALD HENDERSON, US MARSHAL
*(Name and Title)*

Requested by: JEANNIE PRICE, Investigative Research Specialist

Form USM-16D
Rev. 04/05

Prob 19
(1/82)

# United States District Court
## for the
## Eastern District of Missouri

RECEIVED
U.S. MARSHALS SERVICE
E/MO ST. LOUIS

2005 JUL 28 P 4:51

U.S.A. vs Zona Ferguson　　　　　Docket No. 4:01CR00047 DJS

**TO: Any United States Marshal or any other authorized officer**

| WARRANT FOR ARREST OF SUPERVISED RELEASEE ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring her forthwith before the United States District Court to answer charges that she violated the conditions of her supervision imposed by the court. ||||
| NAME OF SUBJECT<br>Zona Ferguson | SEX<br>Female | RACE<br>Black, Non Hispanic | AGE<br>51 |
| ADDRESS (STREET, CITY, STATE)<br>6009 Bermuda, Ferguson, MO 63135 ||||
| SENTENCE IMPOSED BY (NAME OF COURT)<br>The Honorable Donald J. Stohr<br>United States District Judge | | DATE IMPOSED<br>July 6, 2001 ||
| TO BE BROUGHT BEFORE (NAME OF COURT)<br>U.S. District Court, Eastern District of Missouri, St. Louis, Missouri ||||
| CLERK<br>James G. Woodward | (BY) DEPUTY CLERK | | DATE<br>July 28, 2005 |

| RETURN ||||
|---|---|---|---|
| Warrant received and executed | DATE RECEIVED | | DATE EXECUTED<br>DATE: |
| EXECUTING AGENCY (NAME AND ADDRESS) ||||
| NAME | (BY) | ORIGINAL ON FILE WITH<br>U.S. MARSHAL, EASTERN DISTRICT MISSOURI ||

COPY

0544-0728-1770D

PROB 12C
(1/2005)

FILED

JUL 2 - 2005

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States District Court
for the
Eastern District of Missouri

## Petition for Warrant for Offender Under Supervision

Name of Offender: Zona Ferguson                    Case Number: 4:01CR00047 DJS

Name of Sentencing Judicial Officer:    The Honorable Donald J. Stohr
                                        United States District Judge

Date of Original Sentence: July 6, 2001

Original Offense: Possession of Stolen Mail Matter

A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: [signature]
DEPUTY CLERK

Original Sentence: 21 months custody of the U. S. Bureau of Prisons to be followed by a three-year term of supervised release.

Type of Supervision: Supervised Release

Date Supervision Commenced: July 19, 2002
Expiration Date: August 5, 2005

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

### Violation Number
General condition: While on supervised release, the defendant shall not commit another Federal, state, or local crime.

### Noncompliance
Ferguson was arrested on May 18, 2005, by the Fairview Heights Police Department for Burglary and Retail Theft Under $150.

According to the police report, on May 18, 2005, Ferguson entered the Sears Department Store in Fairview Heights, Illinois. Once inside the store Ferguson and an unknown accomplice entered the home fashions section of the store and Ferguson obtained a bedding set and left the store

Zona Ferguson
Case Number: 4:01CR00047 DJS

without paying for same. Ferguson was subsequently taken into custody by store security for theft.

Ferguson is currently in custody in St. Clair County, Illinois, and is awaiting her next court date of July 19, 2005.

On November 26, 2004, the offender was arrested by the St. Ann Police Department, St. Ann, Missouri on the charge Suspect Theft Less than $500 (Shoplifting). The offender was issued a summons before being released, and is to appear in the St. Ann Municipal Court on January 18, 2005.

According to the police report, the offender entered the Famous Barr store at Northwest Plaza, St. Ann, Missouri on November 26, 2004. The offender was observed by store security as she entered the store and picked up a Farberware set of pots and pans valued at $129.99. The offender was observed leaving the store after passing several points of payment. After entering a vehicle occupied by an unidentified female, store security contacted St. Ann Police. Ferguson was arrested a short distance from the store and the stolen items were recovered.

**Violation Number**
Condition No. 1: The defendant shall not leave the judicial district without the permission of the court or probation officer.

**Noncompliance**
As stated above, the offender was arrested on May 18, 2005, for Burglary and Retail Theft in Fairview Heights, Illinois. The offender did not receive permission prior to leaving the Eastern District of Missouri.

**Violation Number**
Special condition: The defendant shall pay restitution as ordered by the Court.

**Noncompliance**
At the time of sentencing Ferguson was ordered to pay restitution at the rate of $100 per month. Ferguson has not made a restitution payment since November 2003.

**Previous Violations**
This is the offender's second v[iolation si]nce her term of supervised release began on July 19, 2002. On December 21, 2004, [an arrest] for Theft Less Than $500 (Shoplifting) was reported. As a result, no action was taken pending disposition of the new charge. **It should be noted that the December 21, 2004, violation has been included in this petition.**

Zona Ferguson
Case Number: 4:01CR00047 DJS

**U.S. Probation Officer Recommendation:**
The offender has failed to follow the conditions of her supervision. She has ignored the instruction of the probation office, traveled outside the Eastern District of Missouri without permission and has been involved in new criminal conduct for the second time and for similar offenses. Based on the offender's violations of the above conditions of supervision, it is respectfully recommended that the Court issue a warrant and revoke the offender's supervised release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7/21/05___

_____
Kenneth R. Fitzgerald
U.S. Probation Officer

Approved by:

_Patricia M. Doherty 7/21/05_
Patricia M. Doherty      /Date
Supervising U.S. Probation Officer

___No Action.
___The Issuance of a Summons. Appearance Date and Time: _____
_✓_The Issuance of a Warrant.
___Supervision to be tolled as of _____.
___The Court orders that the petition be amended.
___Other _____.

_____
SIGNATURE OF JUDICIAL OFFICER
_7/22/05_
DATE

I:\krf\activity\Feguson, Zona\7-11-05 Petition.wpd