E-FILED
Tuesday, 15 November, 2005  04:43:31 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217.492.4020
FAX: 217.492.4028

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

November 15, 2005

Clerk of Court
United States District Court
Eastern District of Missouri
111 South 10th Street, Suite 2.319
St. Louis, MO 63102

RE:  Central Dist of Illinois Case Number:  05-3064-M
      Eastern District of Missouri Case Number:  4:01CR00047

Dear Clerk of Court:

The Defendant Zona Ferguson appeared on November 10, 2005 before U.S. Magistrate Judge Byron G. Cudmore on a warrant issued out of the Eastern District of Missouri. Enclosed please find certified copies of all the documents and pleadings, along with a certified copy of the docket sheet in the above titled case.

Please acknowledge receipt of these documents by signing and dating the enclosed copy of this letter and returning it our office.

Sincerely,

s/ M. Rankin
Deputy Clerk


Acknowledgment and Receipt:

_____          _____
Signature                                                                                                 Date